# United States Court of Appeals
## For the First Circuit

———————————

No. 17-1769

ANTONIO BORRÁS-BORRERO; IVELISSE SERRANO-RODRÍGUEZ; CONJUGAL PARTNERSHIP BORRÁS-SERRANO,

Plaintiffs, Appellants,

v.

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO; LIZA ESTRADA FIGUEROA; MIGDALI RAMOS-RIVERA; FRANCISCO IRLANDA MÉNDEZ; MARÍA ENID BARRETO-RODRÍGUEZ; JUAN ESCOBAR DEL VALLE

Defendants, Appellees.

———————————

**ERRATA SHEET**

The opinion of this Court, issued on May 1, 2020, is amended as follows:

On the coversheet, replace "Hon. Francisco A. Besosa" with "Hon. Carmen C. Cerezo"

On page 8 at line 19, replace "Boráas" with "Borrás"